UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ANDREA HAUTALA and STEVEN HAUTALA,<br><br>Plaintiffs,<br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | Civ. 08-5003<br><br><br><br>**STIPULATION FOR DISMISSAL** |

COME NOW the above-named parties, by and through their counsel of record, hereby stipulate and agree that the above-entitled action may be dismissed upon its merits, with prejudice and without costs to either party.

**ABOUREZK & ZEPHIER, P.C.**

Dated: 12/16/11

By_____
Robin L. Zephier
2020 West Omaha
P.O. Box 9460
Rapid City, SD 57709
(605) 342-0097
zephrl@rushmore.com
Attorneys for Plaintiff

**MAY & JOHNSON, P.C.**

Dated: 12/22/11

By_____
Lon J. Kouri
6805 South Minnesota Avenue, Suite 100
P.O. Box 88738
Sioux Falls, SD 57109-8738
(605) 336-2565
lkouri@mayjohnson.com
Attorneys for Defendant