UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA HAUTALA and STEVEN HAUTALA, | ) ) ) | CIV. 08-5003-JLV |
| Plaintiffs, | ) ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) ) | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 105), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs to either party.

Dated December 30, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE